UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br>Spencer Freeman Smith #236587 | Case No. 15-mc-80127-JD<br><br>**ORDER TO SHOW CAUSE** |

In the prior Order Discharging Order to Show Cause, the Court lifted its interim suspension of Mr. Smith's membership in the bar of this Court pending the outcome of his criminal case in California state court.  Dkt. No. 4.  Mr. Smith was ordered, however, to "inform this Court in writing within <u>10 days</u> in the event he should again be 'convicted of a felony, suspended, disbarred or placed on disciplinary probation by any court.'"  *Id*. (emphasis in original; quoting Civil Local Rule 11-7(a)).

The Court has received notice that Mr. Smith was suspended by the State Bar Court following a criminal conviction effective February 22, 2016.  Additionally, the docket shows that as of April 12, 2016, Mr. Smith was also suspended by the Ninth Circuit.  Dkt. No. 5.  But Mr. Smith has not filed any notice with this Court, which is a violation of the Court's prior order.  Dkt. No. 4.

Effective the date of this order, Mr. Smith's membership in the bar of this Court is suspended on an interim basis pursuant to Civil Local Rule 11-7(b)(1).  On or before **May 30, 2016**, Mr. Smith may file a response meeting the requirements of Civil Local Rule 11-7(b)(2) showing cause why a suspension or disbarment order should not be entered.

1  The Court will enter an order of suspension or disbarment if no timely response is
2  received.
3  **IT IS SO ORDERED.**
4  Dated: April 29, 2016

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE MATTER OF SPENCER FREEMAN SMITH #236587,

    Plaintiff,

v.

,

    Defendant.

Case No. 15-mc-80127-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 2, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Spencer Freeman Smith
Smith Patten
221 Main Street
Suite 740
San Francisco, CA 94105

Dated: May 2, 2016

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

3