UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF
SPENCER FREEMAN SMITH #236587

Case No. 15-mc-80127-JD

**ORDER OF SUSPENSION**

The Court has reviewed and considered Spencer Freeman Smith's response to the Court's Order to Show Cause. Dkt. No. 7. That prior order was based on the Court's receipt of notice that Mr. Smith was suspended by the State Bar Court following a criminal conviction effective February 22, 2016. Dkt. No. 6. In his response, Mr. Smith consents to a suspension pending the "final disposition" of his disciplinary proceedings with the California State Bar. Dkt. No. 6. He also represents that he is appealing his underlying criminal conviction. *Id*.

The Court orders that Mr. Smith's membership in the bar of this Court will remain suspended pending further order of the Court. Mr. Smith is ordered to file status reports updating the Court on his California State Bar and criminal proceedings 90 days from the date of this order and every 90 days thereafter, except that he is to file a notice with this Court within 10 days after a final decision in his California State Bar disciplinary proceedings. Mr. Smith may <u>not</u> practice before the bar of this Court while this order of suspension remains in effect.

**IT IS SO ORDERED.**

Dated: July 27, 2016

_____
JAMES DONATO
United States District Judge