UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF SPENCER FREEMAN SMITH #236587. | Case No. 15-mc-80127-JD<br><br>**ORDER TO SHOW CAUSE** |

On July 27, 2016, the Court suspended Spencer Smith's membership in the bar of this District and the right to appear as counsel or practice law in any matter pending in the District. Dkt. No. 8. The Court is advised that Smith nevertheless continues to be counsel of record in cases in this District, including *Mitchell v. San Francisco*, Case No. 3:15-cv-00440-CRB.

Smith is ordered to show cause as to why the Court should not impose sanctions for his failure to withdraw from each active case in which he has appeared as counsel. Smith's response to this order is due by **6 p.m. on Monday, August 15, 2016**. A failure to timely respond or to offer a sufficient response may result in sanctions or other disciplinary actions.

**IT IS SO ORDERED.**

Dated: August 10, 2016

_____
JAMES DONATO
United States District Judge